Núm. 8100.—MIRANDA, apldo. *v.* DRUG CO. OF PUERTO RICO, ETC., aplte.—C. D. San Juan. Enero 16, 1940.

Núm. 8099.—COBALLES, apldo. *v.* DRUG CO. OF PUERTO RICO, ETC., aplte.—C. D. San Juan. Enero 16, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf).

POR CUANTO, en este recurso de tercería la Corte de Distrito de San Juan dictó sentencia con fecha 10 de enero, 1939, y la misma fué notificada a la demandada el día 16 del referido mes y año;

POR CUANTO, conforme dispone el artículo 19 de la ley para proveer el procedimiento en los casos de tercería (Código de Enjuicia-

miento Civil, ed. de 1933, pág. 115) "contra las sentencias dictadas en los juicios de tercería podrá apelarse en el término de diez días;"

POR CUANTO, la apelación en este caso no fué interpuesta hasta el 3 de febrero de 1939, o sea, después de haber transcurrido el término estatutario de diez días;

POR TANTO, se desestima el recurso por falta de jurisdicción.